THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS UNTERMAN, Appellant.

*People v. Unterman,* 172 App. Div. 956, affirmed.
(Submitted June 4, 1918; decided July 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 25, 1916, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of the crime of willfully and lewdly exposing his person in violation of section 1140 of the Penal Law.

*Noah Seedman* for appellant.

*Edward Swann,* District Attorney (*Robert S. Johnstone* and *Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDE-BACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.